No. 755, Misc. SHARROW *v.* UNITED STATES, *ante,* p. 949. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application.

No. 557, Misc. MILLER *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 918. Motion for leave to file a petition for rehearing denied.

APRIL 26, 1963.

No. 866. MERRITT-CHAPMAN & SCOTT CORP. *v.* KENT, U. S. DISTRICT JUDGE. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Joseph F. Deeb* for petitioner.